UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-10858-GAO

BRUCE WILBORN
Plaintiff,

v.

PAUL TRESELER, et al.
Defendants.

ORDER

O'TOOLE, D.J.

1. The motion for leave to proceed in forma pauperis is GRANTED. Pursuant to 28 U.S.C. § 1915(b)(1), the Court assesses an initial partial filing fee of $132.70. The remainder of the fee, $217.30, shall be collected in accordance with 28 U.S.C. § 1915(b)(2). The Clerk shall send a copy of this order to the treasurer of the institution having custody of the plaintiff.

2. The Clerk shall issue summonses and the plaintiff shall serve the summons, complaint, and this order upon the defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure. Service must be completed within 90 days of the date the summonses issue.

3. Because the plaintiff is proceeding in forma pauperis, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States. If so asked by the plaintiff, the USMS shall serve a copy of the summons, complaint, and this order upon the defendant as directed by plaintiff. The plaintiff is responsible for providing the USMS all copies for service and for completing a USM-285 form

for each party to be served. The Clerk shall provide the plaintiff with forms and instructions for service by the USMS.

    4. The motion for appointment of counsel is DENIED WITHOUT PREJUDICE to renewal after the defendants have been served with and responded to the complaint.

SO ORDERED.

| | |
|---|---|
|   10/20/2017 <br> DATE | /s/ George A. O'Toole, Jr. <br> GEORGE A. O'TOOLE, JR. <br> UNITED STATES DISTRICT JUDGE |